NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN
OPERATIONS, INC.,
*Plaintiffs-Appellants,*

v.

UNITED STATES AND UNITED STATES CUSTOMS
AND BORDER PROTECTION,
*Defendants-Appellees,*

AND

INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

KINCAID FURNITURE CO., INC., L. & J.G.
STICKLEY, INC., SANDBERG FURNITURE
MANUFACTURING COMPANY, INC., STANLEY
FURNITURE COMPANY, INC., T. COPELAND AND
SONS, INC., AND VAUGHAN-BASSETT FURNITURE
COMPANY, INC.
*Defendants-Appellees.*

---

2012-1200

---

Appeal from the United States Court of International
Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

## ON MOTION

Before BRYSON, *Circuit Judge.*

## ORDER

The United States and Kincaid Furniture Co., Inc. et al. move for summary affirmance. Ethan Allen Global, Inc. et al. oppose.

The court deems it the better course for the appeal to be fully briefed and decided by a merits panel.

Accordingly,

IT IS ORDERED THAT:

The motions for summary affirmance are denied. The appellants' initial brief is due within 30 days of the date of filing of this order.

FOR THE COURT

**MAR 2 3 2012**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
    Craig A. Lewis, Esq.
    Patrick V. Gallagher, Esq.
    Jessica R. Toplin, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 3 2012

JAN HORBALY
CLERK